MICHAEL W. MALTER, Esq., I.D. No. 96533
JULIE H. ROME-BANKS, Esq., I.D. No. 142364
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:   (408) 295-1531
Email:  Michael@bindermalter.com
Email:  Julie@bindermalter.com

Attorney for Creditor
Dyer Triangle LLC, a
California Limited Liability Company

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC POURHOUSE, LLC., a<br>California Limited Liability Company,<br><br>             Debtor. | Case No.  23-40464-WJL<br><br>Chapter   11<br><br><br>Date: June 21, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. William J. Lafferty<br>Courtroom:  220<br><br>R.S. No.:  JHR-123 |

## CERTIFICATE OF SERVICE

I, Blanca Garza, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On June 7, 2023, I served a true and correct copy of the following document(s):

1. **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY OR ADEQUATE PROTECTION;**

2. **MOTION FOR RELIEF FROM AUTOMATIC STAY OR ADEQUATE PROTECTION;**

3. **DECLARATION OF RUSSELL YOUNG IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY OR ADEQUATE PROTECTION; and,**

4. **RELIEF FROM STAY COVER SHEET;**

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive regularly mailed notices, and registered electronic notice participants addressed as follows:

**Debtor:**
Pacific Pourhouse, LLC
A California Limited Liability Company
Atten:  Rajendran Nair
1021 Cheshire Cir.
Danville, CA  94506
Via U.S. Mail

**Debtor's Attorney**
Ryan C. Wood
Law Offices of Ryan C. Wood, Inc.
611 Veterans Blvd., Suite 218
Redwood City, CA  94063
Email: ryan@westcoastbk.com

**Sub V Trustee**
Christopher Hayes
23 Railroad Avenue, #1238
Danville, CA  94526
Email: chayestrustee@gmail.com

**Office of the U.S. Trustee**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA  94102
Via U.S. Mail

**REQUEST FOR SPECIAL NOTICE:**
Office of the United States Trustee
Attn:  Trevor Fehr
501 I Street, Suite 7-500
Sacramento, CA  95814
Email:  trevor.fehr@usdoj.gov

CERTIFICATE OF SERVICE                                    Page 2

Shiwon Choe
U.S. Small Business Administration
450 Golden Gate Avenue
Box 36055
San Francisco, CA  94102-3495
Email:  shiwon.choe@usdoj.gov

**20 LARGEST UNSECURED CREDITORS**

See attachment as Exhibit "A".

Executed on June 7,  2023 at Santa Clara, California.  I certify under penalty of perjury that the foregoing is true and correct.

        */s/ Blanca Garza*
Blanca Garza

BY U.S. MAIL:

**20 Largest Unsecured Creditors:**

Bank of America, N.A.
Attn:  Officer
100 North Tryon St.
Charlotte, NC  28202

Director of California Dept. of Tax and
Fee Administration
450 N. Street, MIC: 104
Sacramento, CA  95814-0104

Dyer Triangle, LLC
c/o SyWest Development, LLC
150 Pelican Way
San Rafael, CA  94901

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604

Lending Tree, LLC
11115 Rushmore Drive
Charlotte, NC  28277

Pacific Gas & Electric
77 Beale Street, 24th Floor
San Francisco, CA  94105

U.S. Small Business Administration
Attn:  Bankruptcy Department
409 3rd ST., SW
Washington, DC  20416